# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

**NO. 03-15-00555-CV**

---

**In re Robert Lee Martin**

---

**ORIGINAL PROCEEDING FROM TRAVIS COUNTY**

---

# M E M O R A N D U M   O P I N I O N

Relator Robert Lee Martin has filed a petition for writ of injunction, seeking to prevent the trial court from violating relator's constitutional rights. *See* Tex. R. App. P. 52. He does not, however, explain what it is he seeks to enjoin the court from doing or how it is his rights are in jeopardy. We deny the petition for writ of injunction. *See id.* R. 52.8(a).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Bourland

Filed:   September 3, 2015